

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RWN
F. #2024R00732

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 29, 2026

<u>By E-mail</u>

The Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    United States v. Jacqueline Hernandez & Barry Wells
>        <u>Magistrate Docket No. 26-16</u>

Dear Judge Merkl:

The government respectfully moves for an order unsealing the above-captioned matter in its entirety, as both defendants are in custody.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    <u>      /s/  Russell Noble            </u>
       Russell Noble
       Assistant U.S. Attorney
       (718) 254-6178

Enclosure

cc:    Clerk of Court

RWN
F.# 2024R00732

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                           P R O P O S E D   O R D E R

    - against -                                Criminal Docket No. 26-16

JACQUELINE HERNANDEZ and
BARRY WELLS,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X


      Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the

Eastern District of New York, by Assistant United States Attorney Russell Noble, for an order

unsealing the above-captioned matter in its entirety.

      WHEREFORE, it is ordered that the above-captioned matter in its entirety be

unsealed.


Dated:   Brooklyn, New York
          January 29    , 2026


*Taryn A. Merkl*
_____
HONORABLE TARYN A. MERKL
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK